*Parties and counsel listed on signature pages*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| **TIKTOK INC,** | Case No. 5:25-cv-09789-EJD |
| Plaintiff, | |
| v. | **JOINT STIPULATION TO EXTEND DEADLINE FOR SEALING MOTIONS** |
| **ROB BONTA, in his official capacity as Attorney General of California,** | |
| Defendant. | |
| **META PLATFORMS, INC.,** | Case No. 5:25-cv-09792-EJD |
| Plaintiff, | |
| v. | **JOINT STIPULATION TO EXTEND DEADLINE FOR SEALING MOTIONS** |
| **ROB BONTA, in his official capacity as Attorney General of California,** | |
| Defendant. | |

**GOOGLE LLC and YOUTUBE, LLC,**

                              Plaintiffs,

            v.

**ROB BONTA, in his official capacity as Attorney General of California,**

                              Defendant.

Case No. 5:25-cv-09795-EJD

**JOINT STIPULATION TO EXTEND DEADLINE FOR SEALING MOTIONS**

The Parties stipulate and respectfully request that the Court extend the deadline for any motions to seal materials or information filed conditionally under seal in connection with the filing of Defendant's Omnibus Opposition to Plaintiffs' Motions for a Preliminary Injunction ("Opposition") from Friday, March 20, 2026, to Friday, April 3, 2026.  The Parties also stipulate and respectfully request that the Court extend the deadline for any responses to those motions to seal from April 10, 2026 to April 24, 2026.

Pursuant to Civil Local Rule 6-2(a) and in support of the request, the Parties state as follows:

1.    On November 18, 2025, Plaintiffs in these actions filed Motions for a Preliminary Injunction.  *See TikTok Inc. v. Bonta* ("*TikTok*"), No. 5:25-cv-09789-EJD, ECF No. 20; *Meta Platforms, Inc. v. Bonta* ("*Meta*"), No. 5:25-cv-09792-EJD, ECF Nos. 19; *Google LLC v. Bonta* ("*Google*"), No. 5:25-cv-09795-EJD, ECF No. 23.

2.    In each of these actions, Plaintiffs then produced materials to Defendant that have been designated confidential pursuant to separate stipulated protective orders with requirements governing the sealing of those materials or descriptions of those materials in court filings on an expedited basis.

3.    In advance of the filing of Defendant's Opposition to Plaintiffs' Motions for a Preliminary Injunction, the Parties stipulated to extend Plaintiffs' deadline to seal any exhibits Defendant would file provisionally under seal in connection with its forthcoming Opposition to March 20, and the Court approved that stipulation, setting a March 20, 2026 deadline for Plaintiffs' motions to seal.  *See TikTok*, ECF No. 42; *Meta*, ECF No. 61; *Google*, ECF No. 45.

4.    On February 20, 2026, Defendant filed his Opposition. In connection with the Opposition, Defendant appended, under seal, the confidential materials previously produced to him by Plaintiffs.

5.    The Parties are presently meeting and conferring over whether and how to narrow the scope of Defendant's exhibits, consistent with the approach undertaken in *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, No. 4:22-md-03047-YGR (PHK) (N.D. Cal.), where the plaintiffs initially filed a large number of exhibits and pages but later

1

withdrew the originally filed exhibits and re-filed more limited, excerpted versions to minimize the burden imposed on the parties and the Court. To that effect, barring unforeseen circumstances, Plaintiffs will send counsel for Defendant the re-filed, excerpted *In re Social Media* versions of the documents previously produced to Defendant in this litigation by March 9, 2026 at 12 p.m. (PT).

6.    The parties are currently in active negotiations regarding Defendant's exhibits, including the potential withdrawal of those exhibits and re-filing of an excerpted set.  As a result, the potential exhibits and pages subject to sealing under the applicable protective order and Local Rule 79-5 may be uncertain.

7.    The Parties believe that additional time is necessary to complete these discussions. Further, because the document set ultimately subject to sealing may be uncertain, Plaintiffs cannot yet determine the full scope of materials within that document set that they wish to seal and assemble evidence for those sealing requests.  Given the foregoing, the Parties request an extension of the deadline for any motions to seal materials or information filed conditionally under seal in connection with the filing of the Opposition.

8.    If the Court extends Plaintiffs' deadline to file their motions to seal, it should also extend Defendant's deadline to file any response to those motions, pushing it from April 10, 2026 to April 24, 2026.  The requested time modification will not otherwise affect the schedule for these cases.

9.    In accordance with Civil Local Rule 6-2(a)(2), the Parties state as follows that:

   a)  The Parties have thrice stipulated to, and the Court has approved, extensions to the briefing schedule on the pending motions for preliminary injunctions;

   b)  The Parties have twice stipulated to, and the Court has approved, rescheduling the date for the Initial Case Management Conference;

   c)  The Parties have once stipulated to, and the Court has approved, rescheduling the deadline for any motions to seal materials or information filed conditionally under seal in connection with the filing of Defendant's Opposition, from February 27, 2026 to March 20, 2026.

For the foregoing reasons, the Parties stipulate and respectfully jointly request that the

2

deadline for any motions to seal materials or information filed conditionally under seal in connection with the filing of the Opposition be extended.


Dated: March 6, 2026                                    Respectfully submitted,

                                                       O'MELVENY AND MYERS LLP

                                                       s/ Daniel M. Petrocelli
                                                       DANIEL M. PETROCELLI
                                                       JONATHAN D. HACKER
                                                       Attorneys for Plaintiff TikTok Inc.

                                                       COVINGTON & BURLING LLP

                                                       s/ Isaac D. Chaput
                                                       ISAAC D. CHAPUT
                                                       MARK W. MOSIER
                                                       TEENA-ANN V. SANKOORIKAL
                                                       ASHLEY SIMONSEN
                                                       ALEXANDER L. SCHULTZ
                                                       JEFFREY E. SANDBERG
                                                       ALEXANDRA J. WIDAS
                                                       KUNTAL CHOLERA
                                                       Attorneys for Plaintiff Meta Platforms, Inc.


                                                       COOLEY LLP

                                                       s/ Michael Rome
                                                       MICHAEL ROME
                                                       ELIZABETH B. PRELOGAR
                                                       RAYMOND P. TOLENTINO
                                                       EPHRAIM A. MCDOWELL
                                                       BENEDICT HUR
                                                       JONATHAN PATCHEN
                                                       Attorneys for Plaintiffs Google LLC and
                                                       YouTube, LLC

3

1             ROB BONTA
              Attorney General of California

2             TODD GRABARSKY
              LARA HADDAD

3             Supervising Deputy Attorneys General

4             *s/ Shiwon Choe*

              ASHA ALBUQUERQUE

5             WILLIAM BELLAMY
              SHIWON CHOE

6             CHRISTOPHER J. KISSEL
              SAMUEL SOKOLSKY

7             MEGHAN H. STRONG
              ZELDA VASSAR

8             Deputy Attorneys General
              *Attorneys for Defendant Rob Bonta, in his*

9             *official capacity as Attorney General of*
              *California*

10

11 * In accordance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

12

13            [PROPOSED] ORDER

14    PURSUANT TO STIPULATION, IT IS SO ORDERED.

15 Dated:  March 9 , 2026

16             THE HON. EDWARD J. DAVILA
              United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28