UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIKTOK INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT BONTA,<br><br>　　　　　Defendant. | Case No.　5:25-cv-09789-EJD<br><br>**ORDER GRANTING MOTIONS FOR LEAVE TO FILE AMICUS CURIAE  BRIEFS** |
| META PLATFORMS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT BONTA,<br><br>　　　　　Defendant. | Case No.　5:25-cv-09792-EJD<br><br>**ORDER GRANTING MOTIONS FOR LEAVE TO FILE AMICUS CURIAE BRIEFS** |
| GOOGLE LLC and YOUTUBE, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT BONTA,<br><br>　　　　　Defendant. | Case No.　5:25-cv-09795-EJD<br><br>**ORDER GRANTING MOTIONS FOR LEAVE TO FILE AMICUS CURIAE BRIEFS** |

The Court **GRANTS** the following motions for leave to file amicus curiae briefs:

1.　　　Children's Advocacy Institute, the Organization for Social Media Safety, and Fairplay for Kids.  ECF No. 48 in 25-cv-9789; ECF No. 65 in 25-cv-9792; ECF No. 49 in 25-cv-9795.

Case Nos.: 5:25-cv-09789-EJD; 5:25-cv-09792-EJD; 5:25-cv-09795-EJD
ORDER GRANTING MOTIONS FOR LEAVE TO FILE AMICUS CURIAE BRIEFS
1

2.    American Academy of Pediatrics California, Children's Specialty Care Coalition, California Psychological Association, and the California Academy of Child and Adolescent Psychiatry.  ECF No. 49[1] in 25-cv-9789; ECF No. 66 in 25-cv-9792; ECF No. 50 in 25-cv-9795.

3.    Association of California School Administrators.  ECF No. 51 in 25-cv-9789; ECF No. 67 in 25-cv-9792; ECF No. 51 in 25-cv-9795.

4.    States of New York et al.  ECF No. 52 in 25-cv-9789; ECF No. 68 in 25-cv-9792; ECF No. 52 in 25-cv-9795.

5.    The American Federation of Teachers and the California Federation of Teachers. ECF No. 53 in 25-cv-9789; ECF No. 70 in 25-cv-9792; ECF No. 53 in 25-cv-9795.

6.    Electronic Privacy Information Center, Law & Technology Scholars.  ECF No. 54 in 25-cv-9789; ECF No. 71 in 25-cv-9792; ECF No. 54 in 25-cv-9795.

**IT IS SO ORDERED.**

Dated: March 18, 2026

EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California

---

[1] ECF No. 50 is **TERMINATED** as duplicative of ECF No. 49.
Case Nos.: 5:25-cv-09789-EJD; 5:25-cv-09792-EJD; 5:25-cv-09795-EJD
ORDER GRANTING MOTIONS FOR LEAVE TO FILE AMICI CURIAE BRIEFS
2