UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIKTOK INC., | Case No.  5:25-cv-09789-EJD |
|             Plaintiff, | **ORDER FOR RESPONSE TO OBJECTION** |
|     v. | |
| ROBERT BONTA, | Re: ECF No. 69 |
|             Defendant. | |
| GOOGLE LLC ET AL., | Case No.  5:25-cv-09795-EJD |
|             Plaintiff, | **ORDER FOR RESPONSE TO OBJECTION** |
|     v. | |
| ROBERT BONTA, | Re: ECF No. 68 |
|             Defendant. | |
| META PLATFORMS, INC., | Case No.  5:25-cv-09792-EJD |
|             Plaintiff, | **ORDER FOR RESPONSE TO OBJECTION** |
|     v. | |
| ROBERT BONTA, | Re: ECF No. 93 |
|             Defendant. | |

The Court **ORDERS** Plaintiffs to file a response to Defendant's objections not to exceed five pages by **4:00 p.m.** on **April 28, 2026**.

    **IT IS SO ORDERED.**

Dated: April 24, 2026

                                    EDWARD J. DAVILA
                                    United States District Judge

Case No.: 5:25-cv-09789-EJD
ORDER FOR RESPONSE TO OBJECTIONS

1