ROB BONTA
Attorney General of California
TODD GRABARSKY
LARA HADDAD
Supervising Deputy Attorneys General
ASHA ALBUQUERQUE (SBN 332901)
WILLIAM BELLAMY (SBN 347029)
SHIWON CHOE (SBN 320041)
CHRISTOPHER J. KISSEL (SBN 333937)
SAMUEL SOKOLSKY (SBN 348173)
MEGHAN H. STRONG (SBN 324503)
ZELDA VASSAR (SBN 313789)
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-4400
Fax: (415) 703-5480
E-mail: Asha.Albuquerque@doj.ca.gov
William.Bellamy@doj.ca.gov
Shiwon.Choe@doj.ca.gov
Christopher.Kissel@doj.ca.gov
Samuel.Sokolsky@doj.ca.gov
Meghan.Strong@doj.ca.gov
Zelda.Vassar@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **TIKTOK INC, et al.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | Case No. 5:25-cv-09789-EJD<br><br>**DEFENDANT'S NOTICE OF RE-FILING LESSER REDACTED AND UNREDACTED EXHIBITS IN SUPPORT OF DEFENDANT'S OMNIBUS OPPOSITION AND SUR-REPLY TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION** |

Defendant's expert declarations and exhibits were initially filed under seal in support of Defendant's Omnibus Opposition to Plaintiffs' Motions for Preliminary Injunction on February

20, 2026. The exhibits were subsequently refiled as abridged, excerpted versions of exhibits under seal on March 25, 2026. Additional declarations and exhibits were filed under seal in support of Defendant's Omnibus Sur-Reply to Plaintiffs' Motion for Preliminary Injunction on May 22, 2026. Pursuant to the Court's sealing orders (TikTok ECF Nos. 108 and 109; Meta ECF Nos. 127 and 129; Google ECF Nos. 106 and 107), Defendant is re-filing these documents with lesser redactions consistent with the Court's order. Defendant is also publicly filing documents with information not identified to remain under seal in the Court's rulings.

Dated: August 20, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
TODD GRABARSKY
LARA HADDAD
Supervising Deputy Attorneys General

***/s/ Asha Albuquerque***
ASHA ALBUQUERQUE
WILLIAM BELLAMY
SHIWON CHOE
CHRISTOPHER J. KISSEL
SAMUEL SOKOLSKY
MEGHAN H. STRONG
ZELDA VASSAR
Deputy Attorneys General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*